

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-19-00348-CV

---

## TIFFANI ELKINS AND MARCIA ELKINS, APPELLANTS

## V.

## HUNTSVILLE HOUSING AUTHORITY, APPELLEE

---

On Appeal from the County Court at Law
Walker County, Texas[1]
Trial Court No. 13,302-CV, Honorable Tracy M. Sorensen, Presiding

---

April 2, 2020

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellants, Marcia Elkins and Tiffani Elkins, proceeding pro se, appeal from the trial court's judgment in favor of appellee, Huntsville Housing Authority. Appellants' brief was originally due February 14, 2020, but was not filed. By letter of February 21, 2020, we notified appellants that the appeal was subject to dismissal for want of prosecution if

---

[1] Pursuant to the Texas Supreme Court's docket equalization efforts, this case was transferred to this Court from the Tenth Court of Appeals. See TEX. GOV'T CODE ANN. § 73.001 (West 2013).

a brief was not received by March 2.[2]  To date, appellants have not filed a brief or requested an extension of time.  Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam

---

[2] The Clerk of this Court sent the February 21 letter to appellants at their last known address.  The letter was returned to the Clerk undelivered.  Appellants have not provided the Court with any other mailing address.  TEX. R. APP. P. 9.1(b) (requiring unrepresented parties to provide appellate courts with their contact information).